UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL LEHRMAN and LINNEA SAGE, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>LOVO, INC.,<br><br>                    Defendant. | Case No. 24-cv-03770 (JPO)<br><br>**ORAL ARGUMENT**<br>**REQUESTED** |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and all of the prior pleadings and proceedings in this action, Defendant Lovo, Inc. ("Lovo") will move this Court, before the Honorable J. Paul Oetken, at the United States District Court for the Southern District of New York, located in the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and time to be set by the Court, for an Order: (i) dismissing Plaintiffs' Class Action Complaint, in its entirety, with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) and Federal Rule of Civil Procedure 9(b); and (ii) for such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE, that pursuant to Local Rule 6.1(b)(2), any opposing or response papers must be served on the undersigned within 14 days, on or before August 12, 2024.  Any reply will be served within 7 days, on or before August 19, 2024.

Dated: July 29, 2024
      New York, New York

RIMÔN, P.C.

By:    */s/ Michael S. Lazaroff*
Michael S. Lazaroff
100 Park Avenue, 16th Floor
New York, New York 10017
646-738-4151
michael.lazaroff@rimonlaw.com

David E. Case
800 Oak Grove Avenue, Suite 250
Menlo Park, California 94025
408-512-2239
david.case@rimonlaw.com

William W. Bergesch
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479 – 6317
william.bergesch@rimonlaw.com

*Attorneys for Defendant Lovo, Inc.*