UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL LEHRMAN and LINNEA SAGE, on behalf of themselves and all others similarly situated, and JOHN DOE and others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>LOVO, INC.,<br><br>　　　　　　　　Defendant. | No. 1:24-cv-03770 (JPO)<br><br>**ORAL ARGUMENT REQUESTED** |

### NOTICE OF MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of William Bergesch, dated November 25, 2024, the exhibits attached thereto, the accompanying Memorandum of Law, and all of the prior pleadings and proceedings in this action, Defendant Lovo, Inc. ("Lovo") will move this Court, before the Honorable J. Paul Oetken, at the United States District Court for the Southern District of New York, located in the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and time to be set by the Court, for an Order: (i) dismissing Plaintiffs' Amended Class Action Complaint, in its entirety, with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6) and 9(b); and (ii) for such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the order of the court and by agreement of the parties (ECF No. 23-24), Plaintiffs' opposing or response papers, if any, shall be due on or by January 10, 2025, and Defendant's reply papers, if any, will be due on or by January 31, 2025.

Dated: November 25, 2024  RIMÔN, P.C.
       New York, New York

By:   */s/ Michael S. Lazaroff*
    Michael S. Lazaroff
    100 Park Avenue, 16th Floor
    New York, New York 10017
    646-738-4151
    michael.lazaroff@rimonlaw.com

    David E. Case
    800 Oak Grove Avenue, Suite 250
    Menlo Park, California 94025
    408-512-2239
    david.case@rimonlaw.com

    William W. Bergesch
    100 Jericho Quadrangle, Suite 300
    Jericho, New York 11753
    (516) 479-6300
    william.bergesch@rimonlaw.com

    *Attorneys for Defendant Lovo, Inc.*