UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL LEHRMAN and LINNEA SAGE, on behalf of themselves and all others similarly situated, and JOHN DOE and others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>LOVO, INC.,<br><br>     Defendant. | Case No. 1:24-cv-03770 (JPO)<br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Michael Lazaroff, counsel for Defendant, LOVO, INC., has a new office address. The new address is:

Michael Lazaroff<br>
Rimon, P.C.<br>
400 Madison Ave, Suite 11D<br>
New York NY 10017<br>
P: 646.738.4151<br>
michael.lazaroff@rimonlaw.com

Please update your service list and records accordingly.

Dated: January 16, 2025
   New York New York

                 Respectfully submitted,

                 RIMÔN, P.C.

                 By: */s/ Michael Lazaroff*
                  Michael Lazaroff
                  400 Madison Ave, Suite 11D
                  New York NY 10017
                  P: 646.738.4151
                  michael.lazaroff@rimonlaw.com

                  *Attorneys for Defendant*
                  *LOVO, INC.*