# POLLOCK | COHEN LLP

111 BROADWAY, SUITE 1804
NEW YORK, NY 10006
(212) 337-5361

*CONTACT:*
Steve Cohen
scohen@pollockcohen.com
(917) 364-4197

July 23, 2025

<u>VIA ECF</u>

Hon. J. Paul Oetken
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      **Re:** *Lehrman, et al. v. Lovo, Inc.*, **Case No. 24-cv-03770 (JPO)**

Dear Judge Oetken:

      Pursuant to the Court's July 10, 2025 order (Dkt. No. 45), counsel for Plaintiffs write to inform the Court that Plaintiffs intend to amend their Complaint with respect to their training-based copyright claims.

      Sincerely,

      /s/ *Steve Cohen*
      Steve Cohen
      Anna Menkova
      **POLLOCK COHEN LLP**
      111 Broadway, Suite 1804
      New York, NY 10006
      Tel: (212) 337-5361
      SCohen@pollockcohen.com

      *Attorneys for Plaintiffs and the Proposed Class*