# RIMÔN LAW
*www.rimonlaw.com*

August 19, 2025

<u>Via PACER</u>
Hon. J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square, Courtroom 706
New York, New York 10007

Re:     ***Lehrman, et al. v. Lovo, Inc.***, Case No. 24-cv-03770-JPO
        <u>**Letter Motion – Extend Discovery Deadlines**</u>

Dear Judge Oetken:

We represent defendant Lovo, Inc. ("Defendant") in the above-referenced action.  We submit this letter jointly on behalf of both Plaintiffs and Defendant to respectfully jointly request an extension of the discovery deadlines found in the Court's last order on such deadlines (ECF 43) as follows: (a) the deadline for the completion of all fact discovery be extended from September 30, 2025 to **January 20, 2026**; (b) the deadline for completion of depositions be extended from September 30, 2025 to **January 20, 2026**; (c) the deadline for expert disclosures by both Plaintiffs and Defendant be extended from November 3, 2025 to **March 3, 2026**; and (d) the deadline for the completion of all expert discovery (including expert depositions) be extended from November 30, 2025 to **April 27, 2026.**

Since the last order on discovery dates, the Court permitted Plaintiffs to file a Second Amended Complaint addressing one copyright issue and explaining that "if Plaintiffs do elect to amend, Defendants shall file any motion to dismiss the amended claims within 21 days of Plaintiffs' amended complaint. Defendants' answer to the other remaining claims shall not be due until 14 days after the Court resolves any such motion to dismiss." (ECF 45), *Lehrman v. Lovo,* 2025 WL 1902547, at *29 (S.D.N.Y. July 10, 2025).  On July 31, 2025, Plaintiffs filed the Second Amended Complaint (ECF 47).  On August 7, 2025, the Court granted a request for a briefing schedule on Defendant's anticipated motion to dismiss as follows: Defendant will file its anticipated motion to dismiss by September 15, 2025, Plaintiffs will file their opposition by October 6, 2025, and Defendant will file its reply by October 31, 2025 (ECF 49).  In accordance with this schedule and these orders, Defendant intends to file a motion to dismiss on September 15, 2025 and answer the other remaining claims within 14 days after the Court resolves the motion to dismiss.

The Parties have conferred and jointly agreed to extend the discovery dates as described above. Good cause exists for the requested extensions because the parties will not know the full scope of the action including, for example, affirmative defenses and related issues, until after the Court resolves the motion to dismiss and Defendant thereafter answers the remaining claims.

The request is made jointly on behalf of both parties. No prior requests for an extension of these deadlines have been made other than as described herein. There are no other deadlines in this case that are impacted by this extension.



www.rimonlaw.com

We thank the Court for its consideration of this application.

Respectfully,

*/s/ Michael S. Lazaroff*

Michael S. Lazaroff

Cc: All counsel of record (via ECF)