UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL LEHRMAN and LINNEA SAGE, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>    v.<br><br>LOVO, INC.,<br><br>                Defendant. | No. 1:24-cv-03770 (JPO)<br><br>**ORAL ARGUMENT<br>REQUESTED** |

### NOTICE OF MOTION TO DISMISS THE SIXTH CAUSE OF ACTION FROM THE SECOND AMENDED CLASS ACTION COMPLAINT

**PLEASE TAKE NOTICE**, that upon the accompanying Declaration of William W. Bergesch dated September 15, 2025, the exhibits attached thereto, the accompanying Memorandum of Law, and all of the prior pleadings and proceedings in this action, Defendant Lovo, Inc. will move this Court, before the Honorable J. Paul Oetken, at the United States District Court for the Southern District of New York, located in the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and time to be set by the Court, for an Order: (i) dismissing the Sixth Cause of Action, the copyright infringement training claim, from Plaintiffs' Second Amended Class Action Complaint with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(6); and (ii) for such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the Order of the Court and by agreement of the parties (ECF # 49), any opposing or response papers must be filed on or before October 6, 2025 and any reply papers must be filed on or before October 31, 2025.

Dated: September 15, 2025             RIMÔN, P.C.
New York, New York

                               By:    */s/Michael S. Lazaroff*
Michael S. Lazaroff
400 Madison Ave, Suite 11D
New York NY 10017
646-738-4151
michael.lazaroff@rimonlaw.com

David E. Case
800 Oak Grove Avenue, Suite 250
Menlo Park, California 94025
408-512-2239
david.case@rimonlaw.com

William W. Bergesch
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
516-479-6300
william.bergesch@rimonlaw.com

*Attorneys for Defendant Lovo, Inc.*